**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000589
11-MAR-2026
09:29 AM
Dkt. 17 ODSD**

NO. CAAP-25-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


A.M., Petitioner-Appellant,
v.
C.C. and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Respondents-Appellees.
(CASE NO. 3FPA-24-0000011)

AND

C.C., Petitioner-Appellee,
v.
A.M., Respondent-Appellant,
and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Respondent-Appellee.
(CASE NO. 3FPA-24-0000012)


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT


ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before December 1, 2025;

(2) Self-represented Petitioner/Respondent-Appellant A.M. failed to file the opening brief or request an extension of time;

(3) On December 23, 2025, the appellate clerk entered a default notice informing A.M. that the time for filing the opening brief had expired, the matter would be called to the court's attention on January 1, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and A.M. could request relief from default by motion; and

(4) A.M. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 11, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge